May 04, 2007

Mr. Don Wayne Cruse Jr.
Assistant Solicitor General
Office of the Attorney General
P. O. Box 12548 (MC 059)
Austin, TX 78711-2548
Mr. James K. Peden III
Strasburger & Price, L.L.P.
901 Main Street, Suite 4400
Dallas, TX 75202-3794

RE: Case Number: 04-0180
 Court of Appeals Number: 03-03-00430-CV
 Trial Court Number: 01-369-C368

Style: STATE OF TEXAS
 v.
 FIDELITY AND DEPOSIT COMPANY OF MARYLAND AND COLONIAL AMERICAN
 CASUALTY AND SURETY COMPANY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam and
judgment in the above-referenced cause. Pursuant to Texas Rule of
Appellate Procedure 59.1, after granting the petition for review and
without hearing oral argument, the Court vacates the court of appeals'
judgment and remands the case to the trial court.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Diane O'Neal |
| |Ms. Bonnie |
| |Wolbrueck |